IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGOS DIAMANTOPOULOS, | ) | 8:11CV406 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STATE OF NEBRASKA, DEPARTMENT OF CORRECTIONS, and ROBERT HOUSTON, | ) ) ) ) ) | |
| Respondents. | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 14th day of February, 2012.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge